2:20-cv-1814-CLM

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

Inmate Identification Number: AIS#207467

Mr.

Mr. Michael Darnell Oliver
(Enter above the full name of the plaintiff
in this action)

> **NOTICE TO FILING PARTY**
>
> *It is your responsibility to notify the clerk in writing of any address change.*
>
> *Failure to notify the clerk may result in dismissal of your case without further notice.*

2020 NOV 16  P 12:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

vs.

Sergeant Shawn D. Melchaske; C.O. John E. Rodgers, C.O. S+Anthony Givens, C.O. Terrel (Female) Lieutenant Darnell Wahs

C.O. Kevin Moore, Sergeant Akeem Edmonds, Captain Jeffery Baldwin +etc
(Enter above full name(s) of the defendant(s)
in this action)

1.   Previous lawsuits

    A.   Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
        Yes ( ✓ )     No ( )

    B.   If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

        1.   Parties to this previous lawsuit:

            Plaintiff: Mr. Michael Darnell Oliver, AIS#207467, N.L.G., Pro Se -

            Defendant(s): (#1) Sergeant John F. Richardson et.al., (#2) Warden Leon Bolling et.al., + (#3) C.O. Shawn H. Letts et.al.

2

2. Court (if Federal Court, name the district; if State Court, name the county)

#1) US Middle District Of Alabama, (#2) U.S. Northern District Court of AL. /#3) US Court of Appeals

3. Docket number (#1) 2:11-cv-365-MEF-SRW, (#2) 2:17-cv-01294-CLS-JHE, (#3) 2:19-cv-01937-LCB-JHE Appeal #20-12033-D

4. Name of judge to whom case was assigned (#1) Chief U.S. Magistrate Judge - Susan Russ Walker, (#2) U.S. Magistrate Judge - John H. England III, (#3) N/A

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) (#1) Settlement, (#2) Still Pending, (#3) Appealed & still Pending

6. Approximate date of filing lawsuit (#1) 4/5-17-2011, (#2) 7-28-/8-2-2017, (#3) 10-30-2019 / 11-27-2019

7. Approximate date of disposition (#1) 12-12-2011, (#2 & #3) Still Pending

II. Place of present confinement _____

A. Is there a prisoner grievance procedure in this institution?
Yes ( )    No (✓)

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?    Yes ( )    No (✓)

C. If your answer is YES:

1. What steps did you take? ~~_____~~

2. What was the result? ~~_____~~

D. If your answer is NO, explain why not: There Is No "State prisoner grievance procedure in Alabama Department of Corrections

3

III. Parties.

In item (A) below, place your name in the first blank and place your present address in the second blank.

A. Name of Plaintiff(s) Mr. Michael Darnell Oliver • AIS# 207467 • N.L.67

Pro Se-

Address W.E. Donaldson Correctional Facility • 100 Warrior Lane (MH=Seg. Housing - Unit: R-11) Bessemer, Alabama 35023

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant Sergeant • Shawn D. Melchalske

Is employed as Correctional Sergeant

at W.E. Donaldson Correctional Facility • 100 Warrior Lane • Bessemer, Alabama 35023

C. Additional Defendants C.O. John E. Rodgers, C.O. Stanthony Givens, C.O. Terrell (Female), C.O. Kevin Moore, Lieutenant Darnell Watts, Sergeant Akeem Edmunds, Captain Jeffery Baldwin, C.O. Antuan Hill, Sergeant Godsey, Sergeant/C.O. Samuel Snitelson, C.O. W. Bahle, C.O. Roderick Gadson, Lieutenant Thrasher, Sergeant Omar Parker, Betty Stevenson, Apasra Hayes, Angela Lawson (See white sheet)

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statues. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

SEE WHITE PAGES

## III. Parties

C. Additional Defendant'(s): Angela Lawson is employed as Central Review Officer - At: Alabama Department Of Corrections, 301 South Ripley Street, P.O. BOX# 301501, Montgomery, Alabama 36130-1501 • PH.# (334) 353-3883

All other defendant(s) are employed At: W.E. Donaldson Correctional Facility, are continual additional defendant'(s): Betty Stevenson, Apasra Hayes, Clifford E. Sutton, C.O. Michael Evans, C.O. Marks (female), C.O. T. Matthews, C.O. Shaun H. Lehs, Sergeant Dennis Johnson, C.O. Gaines, C.O. Tunstall

## IV. Statement of Claim

On 11-13-2018 in incident #WJDCF-18-02152-1 & -2 while preparing to do/have an E.K.G. done ordered by the doctor/doctor Roddam, because I had been poisoned by several defendant'(s) in this complaint & was having chest pains, Sergeant Shaun D. Melchalske W/C.O. John E. Rodgers began threatening to hit me and threatening me about saying/telling that doctor that C.O. John E. Rodgers was one of the officer'(s) that poisoned me! Then Sergeant Shaun D. Melchalske reached out & grabbed my shirt while C.O. John E. Rodgers & C.O. Stanthony Gnews started pushing me in the face and chest and then the three (3) officers threw me to the medical ward floor & started choking and punching me repeatedly as more officers came C.O. Terrell w/Lieutenant Darvell Watts sprayed me in the face w/Red Sabre Spray ~ (at least three (3) bursts and started kicking me repeatedly in the face w/ C.O. Antuan Hill, Roderick Gadson, C.O. Kevin Moore, Sergeant Akeem Edmonds, Captain Jeffery Baldwin, Lieutenant Thrasher, C.O. W. Battle, Sergeant Omar Parker, & Sergeant Samuel Svrelson & all over the body repeatedly & beat me repetitiously w/ Riot batons in my head, arms, side of back & legs! The above listed officers even stabbed me in the legs w/pocket knives repeatedly! A body chart was done...

## IV. Statement Of Claim ... continued ...

of the injuries where I received over fifteen staples in both legs. A swollen eye which turned out to be a cranium-facial fracture determine by eye exrays/exams at free world Hospital U.A.B. Hospital Emergency! The eye was swollen & also stitches had to be put in the right eye! The stitches/eye had to be treated over three (3) months of which I'm presently suffering from blurry vision in the right eye due to the incident & the medical team here at W.E. donaldson correctional facility not scheduling me the free world eye doctor follow up as ordered by U.A.B. professionals! The staples in my legs were removed by Nurse Green here at donaldson after four (4) months, and other injuries are recorded!

Claim #2? In incident # WDCF-20-00698-1 > Sergeant Dennis Johnson, Shawn H. Letts, and C.O. Antwan Hill refused to feed me breakfast and I was found guilty on the charge by Sergeant Dennis Johnson & I wasn't called to a disciplinary hearing - nor knew anything concerning having a disciplinary on 2-22-2020! I was even refused to enter a statement concerning the disciplinary! On 4-1-2020 I was called to a re-classification hearing held by Betty Stevenson and Apasra Hayes notifying me that I was found guilty on the above incident/disciplinary on 3-4-2020 and that they (Stevenson and Hayes) were recommending that my custody be closed out! Now this was my only disciplinary for years and it (is) against Ad.O.C. procedure to close my custody out I argued and that no one even informed me of a disciplinary nor an hearing which was held against procedure by Sergeant Dennis Johnson! On 4-23-2020 Central Review Officer: Angela Lawson of Alabama Department of Corrections took my custody from Medium to Close Custody of which I'm presently on after being on medium custody since the year 2016 and classification hasn't tried to put me in prison population!

IV. STATEMENT OF CLAIM... continued...

CLAIM #3> For the past two (2) years the following officer(s) - C.O. Clifford E. Sutton, C.O. John E. Rodgers, C.O. Marks (Female), C.O. Michael Evans, C.O. Shaun H. Letts, C.O. Anthony Hill, C.O. R. Gaines, C.O. T. Matthews, C.O. Tunstall, and C.O. Terrell (Female) haven't been giving me my mail/legal mail from my daughter>Kadaria R. Oliver/ James #(334)284-6769; (#2) Inside Dharma > P.O. Box #220721 Saint Louis, Missouri 63122; (#3) The Fortune Society #(212)691- -7554; (#4) National Lawyer(s) Guild #(212)679-5100>ext.#15; And the (#5) American Arab Anti-Discrimination Committee #(202) 244-2990 & (#6) Etc. Agency and this has cost me not to be able to apply for grants, prepare for parole in the year 2022 & a lot of time and disconnection w/ family and friends and alot of postage stamps of which due to my indigency able to get back from writing out to these friends and even (#7) My Aunt Virginia Hill #(334)262-8019!

SEE WHITE PAGES

## V. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

(#1) Award $6 (six) million dollars worth of ALL damages: punitive, compensatory, nominal, tort, contract, consequential, negligently, wantonly or inflicted damages maliciously, liens, interest, attorney fees, + etc. And the defendant(s) pay for the filing of this complaint and all court cost/fees, (#2) The defendant(s) be terminated from their present position/office they are holding, (#3) Requesting that my custody be open back up + (#4) I be transferred from the W.E. Donaldson Correctional Facility to Work Release/minimum security campus.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 8-13-2020.

SIGNATURE Michael R. Oliver AIS# 207467 NLG.-ProSe

ADDRESS William E. Donaldson Correctional Facility 100 Warrior Lane (MH2 Seg. Hsng Unit: R-11) Bessemer, AL. 35023-7299 • PH. #(314)448-6344 / #(314)619-3810 / #(314)332-4971 / #(412)483-3820

AIS # # 207467

5